UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION
United States District Court
Southern District of Texas
**ENTERED**
September 04, 2018
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CRIMINAL NO. 18-855-02 |
| MEISY ANGELICA ZAMORA | § | |

## ORDER STRIKING DOCUMENT

The Clerk has noted the filing of your <u>DEFENDANT'S EMERGENCY MOTION TO ADVANCE HEARINGS (DE #147)</u>; however, it is deficient as checked. (L.R. refers to the Local Rules of this District.)

1. ☐ Document is not signed by attorney of record. (L.R.11.3)
2. ☐ Document does not comply with L.R.11.3.A
3. ☐ Caption of the document is incomplete. (L.R.10.1)
4. ☐ No certificate of service or explanation why service is not required. (Cr.L.R.12.4)
5. ☒ Motion does not comply with Cr.L.R.12.2.
   - a. ☒ No statement of opposition or non-opposition. (Cr.L.R.12.2.)
   - b. ☐ No statement of conference between counsel. (Cr.L.R.12.2)
   - c. ☐ No separate proposed order attached (Cr.L.R.12.2.)
6. ☐ Other: _____

The document is struck from the record.

Date: 9/4/18

_____
RICARDO H. HINOJOSA
UNITED STATES DISTRICT JUDGE