10/2/2018     https://bancanet.banamex.com/MXGCB/CBOL/ain/adaprint/flow.action?jfp.layout=PrintRecord

# citibanamex | BancaNet

Imprimir    Cerrar

Chq. C. Maestra - MXN-374

## Detalle de la cuenta

| | | | |
|---|---|---|---|
| Saldo: | $ 63,651.69 | Depósitos pendientes: | $ 0.00 |
| CLABE: | ▓▓▓▓3743 | Depósitos salvo buen cobro: | $ 0.00 |
| Línea de sobregiro: | $ 0.00 | | |

## Movimientos

No se encontraron movimientos para la cuenta

Este recibo es sólo de carácter informativo. No tiene validez oficial como comprobante legal o fiscal.
Todos los Derechos Reservados 1998- 2018 Grupo Financiero Banamex, S.A.

Para cualquier duda o aclaración comunícate con nosotros al Tel. 1226 3990 ó 01 800 110 3990