UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

UNITED STATES OF AMERICA

v.                                                         Case Number: 7:18–cr–00855

Meisy Angelica Zamora

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Ricardo H Hinojosa

**PLACE:**

Bentsen Tower
1701 W. Hwy. 83
McAllen, Texas 78501

**DATE:**  10/15/2018

**TIME:**  01:30 PM

**TYPE OF PROCEEDING:**  Motion Hearing


Date:   October 9, 2018

David J. Bradley, Clerk