United States District Court
Southern District of Texas
**ENTERED**
May 28, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | CRIMINAL NO. 7:18-CR-855-02 |
| MEISY ANGELICA ZAMORA | § | |

## ORDER STRIKING DOCUMENT

The Clerk has noted the filing of your DEFENDANT'S RENEWED MOTION TO REVOKE DETENTION ORDER (DE#337) however, it is deficient as checked. (L.R. refers to the Local Rules of this District.)

1. ☐ Document is not filed by attorney of record. (L.R.11.3)
2. ☐ Document does not comply with L.R.11.3.A
3. ☐ Caption of the document is incorrect (L.R.10.1)
4. ☐ No certificate of service or explanation why service is not required. (Cr.L.R.12.4)
5. ☒ Motion does not comply with Cr. L.R.12.2.
   - a. ☐ No statement of opposition or non-opposition. (Cr.L.R.12.2.)
   - b. ☒ No certificate of conference between counsels. (Cr.L.R.12.2)
   - c. ☐ No separate proposed order attached. (Cr.L.R.12.2.)
6. ☐ Other:

The document is struck from the record.

Date: 5/26/19

RICARDO H. HINOJOSA
UNITED STATES DISTRICT JUDGE

Rev (1/10)