UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No.  18-CR-855 |
| MEISY ANGELICA ZAMORA | § | |

**GOVERNMENT'S MOTION FOR A STAY
OF THE MAGISTRATE COURT'S ORDER OF RELEASE**

The United States of America, by and through undersigned counsel, hereby submits this Motion for a Stay of the Magistrate Court's Order of Release. In support of this Motion for a Stay the Government states:

1. On July 31, 2019, the United States Magistrate Court ("Magistrate Court") entered an order granting Defendant's Renewed Motion to Revoke Detention Order (Docket No. 373). The Magistrate Court further found that conditions of release can be set to assure Defendant's appearance at further proceedings (the "Order of Release").

2. On August 2, 2019, the Government filed a Motion for Reconsideration, urging the Magistrate Court to reconsider its Order of Release.

3. At a hearing on August 2, 2019, the Magistrate Court denied the Government's Motion for Reconsideration, and further set conditions for the release of the Defendant.

4. The Government hereby submits notice that, pursuant to 18 U.S.C. § 3145, it will file a motion with the District Court for revocation of the above-referenced Order of Release.

5. The Government respectfully requests that the Magistrate Court stay further release proceedings, including the release of the Defendant, to provide the Government with time to file and seek a ruling from the District Court regarding said revocation.

6. This Motion for Stay is not made for purposes of delay, but to seek justice.

Wherefore, the government respectfully requests that the Magistrate Court enter an Order staying the Order of Release until such time as the district court has acted upon the Government's motion for revocation.

Respectfully submitted,

Joseph S. Beemsterboer
Deputy Chief, Health Care Fraud Unit

/s Kevin Lowell
Kevin Lowell
Leslie S. Garthwaite
Trial Attorneys
United States Department of Justice
Criminal Division Fraud Section
1400 New York Avenue, N.W.
Washington D.C. 20005

RYAN K. PATRICK
UNTIED STATES ATTORNEY

/s Andrew R. Swartz
Assistant United States Attorney
U.S. Attorney's Office, SDTX
1701 W. Highway 83, #600
McAllen, TX 78501

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of August, 2019 a copy of the foregoing was emailed to the attorney of record for the defendant in this case.

/s/ *Andrew Swartz*
Andrew Swartz
Assistant United States Attorney