United States District Court
Southern District of Texas
**ENTERED**
August 02, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATE OF AMERICA | § | |
| | § | |
| VS. | § | CRIM. NO. 7:18-cr-00855-02 |
| | § | |
| MEISY ANGELICA ZAMORA | § | |

### ORDER ON GOVERNMENT'S MOTION FOR A STAY OF THE MAGISTRATE COURT'S ORDER OF RELEASE

Pending before the Court is the Government's Motion for Stay (Crim. Dkt. No. 378) of the Magistrate Court's Order of Release issued in open court on August 2, 2019. The Court finds that 18 U.S.C. §3145(a) provides the Government with the right to seek a revocation of said Order. The Government had informed the Court at the time the Order of Release was issued that the Government plans to file a Motion to Revoke said Order of Release, essentially appealing the Court's decision to the District Court.

In anticipation of that Motion to Revoke, the Government has filed the Motion for Stay. After reviewing said motion, and finding good cause to stay the release of the Defendant pending the timely filing of the Government's Motion to Revoke pursuant to 18 U.S.C. § 3145(a), it is hereby ORDERED that the Government's Motion for a Stay is GRANTED.

IT IS FURTHER ORDERED that the release of the Defendant, Meisy Angelica Zamora, is STAYED pending the filing and disposition of the Government's Motion to Revoke.

SIGNED, this the 2nd day of August, 2019 at McAllen, Texas.

Juan F. Alanis
United States Magistrate Judge