United States District Court
Southern District of Texas
**ENTERED**
October 17, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIM. NO. 7:18-cr-00855-02 |
| | § | |
| MEISY ANGELICA ZAMORA | § | |

## ORDER ON DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE OR APPROVE CO-SURETY (DKT. NO. 454)

This Court having considered Defendant's Motion to Modify Conditions of Release or Approve Co-Surety (Dkt. No. 454), in the above style and numbered cause, is of the opinion that the Motion should be DENIED, in part, and GRANTED, in part, it is therefore ORDERED:

The request to reconsider the individual co-surety applicant on file with the U.S. Probation Department – McAllen Division is DENIED.

The request to reconsider denial of corporate co-surety is GRANTED. Defendant is allowed to employ a commercial co-surety that must meet all federal legal requirements for a commercial co-surety and must be approved by the District Clerk's Office – McAllen Division.

All other conditions of release as set forth on August 2, 2019, with $40,000 cash deposit as required by Order on August 29, 2019, remain in effect. There is no other change or modification to any of the previously set conditions.

SO ORDERED, this the 17th day of October, 2019 at McAllen, Texas.

Juan F. Alanis
United States Magistrate Judge

1